# MEMO ENDORSED



**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Samantha Schonfeld
Administrative Law Division
Phone: (212) 356-2183
Facsimile: (212) 356-2019
sschonfe@law.nyc.gov

March 7, 2022

**BY ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The application is   X  granted
                    ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: March 7, 2022
New York, New York 10007

Re: Nunzio Calce et al. v. City of New York et al.
    21-CV-08208 (ER)

Your Honor:

I am an attorney in the office the Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants in the above-referenced action. In accordance with Your Honor's Individual Rules, I respectfully request that defendants' time to answer or otherwise respond to the Complaint be extended forty-five (45) days, from March 8, 2022 to April 22, 2022. Plaintiffs' counsel kindly consents to this request.

In this action plaintiffs seeks to invalidate New York State Penal Law ("Penal Law") § 265.01(1) and New York City Administrative Code ("Admin. Code") § 10-135, which, inter alia, prohibit the possession of stun guns and electric dart guns (tasers) in New York State and New York City. Plaintiffs claim that Penal Law § 265.01(1) and Admin. Code § 10-135 which makes the possession of stun guns and tasers illegal, violate plaintiffs' rights to carry weapons under the Second Amendment of the U.S. Constitution.

In order to respond to the Complaint, the City must gather and review agency documents and confer with relevant employees and officials of the City. Thus, in keeping with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, defendants need additional time to investigate the allegations set forth in the Complaint.

- 2 -

       This is the defendants' first request for an extension of time to answer or otherwise respond to the Complaint and counsel for plaintiffs consents to this extension. Accordingly, defendants respectfully request that their time to answer or otherwise respond to the Complaint be extended to April 22, 2022. This request will not impact any scheduled dates.

       Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                        /s/ *Samantha Schonfeld*

                                                        Samantha Schonfeld
                                                        Assistant Corporation Counsel

cc:      All Counsel (via ECF)