UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and the FIREARMS POLICY COALITION,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CITY OF NEW YORK; and DERMOT SHEA, in his official capacity as Commissioner of the New York City Police Department,<br>　　　　　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>21-cv-8208 (ER) |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned **Thomas J. Rizzuti**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, appears as counsel for the Defendants in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:　　　New York, New York
　　　　　　May 3, 2022

　　　　　　　　　　　　　　　　　　　　**HON. SYLVIA O. HINDS-RADIX**
　　　　　　　　　　　　　　　　　　　　Corporation Counsel of the
　　　　　　　　　　　　　　　　　　　　　　City of New York
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　100 Church Street, Room 5-180
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 356-2325
　　　　　　　　　　　　　　　　　　　　Fax: (212) 356-2019
　　　　　　　　　　　　　　　　　　　　TRizzuti@law.nyc.gov

　　　　　　　　　　　　　　　　　　　　　　*Thomas J. Rizzuti /s/*
　　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　　Thomas J. Rizzuti
　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

To:
　　All participating parties
　　(Via PACER)