**DAVID JENSEN PLLC**

BEACON ◊ MANHATTAN

33 HENRY STREET
BEACON, NEW YORK 12508

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK 10038

10 May 2023

Hon. Egardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007
*Transmitted by CMECF*

Re:   *Nunzio Calce, et al. v. City of New York, et al.*
      No. 21-cv-8208 (ER)

Dear Judge Ramos:

I represent Plaintiffs in the above-captioned action, and I write with the consent of Defendants' counsel, who has reviewed this letter in advance.

This Court has set various deadlines to expire this week, and it has also scheduled a status conference for this Friday (12 May 2023). Unfortunately, I was very recently diagnosed with a significant medical condition. I have spent much of the last several days undergoing various diagnostic tests, and I anticipate ongoing tests through at least the beginning of next week. This has directly impacted my ability to work on closing out this case.

After conferring with Defendants' counsel, we are respectfully requesting that the Court adjourn the current deadlines by 14 days, and that it also adjourn the conference by 14 days (or thereabouts) so that I have a chance to get a handle on the situation.

Respectfully submitted,

David D. Jensen

cc:   Samantha Schonfeld
      New York City Law Department
      *Transmitted by CMECF*

**DAVID JENSEN PLLC**
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

+ 1.212.380.6615 TEL
+ 1.917.591.1318 FAX
david@djensenpllc.com