CRC-3206 (07/17)

# Criminal Court Appearance Ticket

**Name** (Last, First, MI): Kennedy, Amanda, G
**Date of Birth** (mm/dd/yy): [REDACTED]
**Street Address**: [REDACTED]
**Apt. No.**:
**City**: Brooklyn
**State**: NY
**Zip Code**: 11233
**Cell Phone Number** (where court may contact you): [REDACTED]
**Home Phone Number** (where court may contact you): [REDACTED]

**Show up to court on:**
**Court Appearance Date** (mm/dd/yy): 12/06/21   at: 9:30 a.m.

**Your court appearance location:** ☐ Other (specify) ____

- ☐ Bronx Criminal Court
- ● Kings & New York Criminal Court
- ☐ Midtown Community Court
- ☐ Redhook Community Justice Center
- ☐ Queens Criminal Court
- ☐ Richmond Criminal Court

**Court Locations:** You must appear at the court location identified above.

| Court | Address |
|---|---|
| Bronx Criminal Court | 215 E 161st Street, Bronx, NY 10451 |
| Kings & New York Criminal Court | 1 Centre Street, New York, NY 10007 |
| Redhook Community Justice Center | 88-94 Visitation Place, Brooklyn, NY 11231 |
| Midtown Community Court | 314 W 54th Street, New York, NY 10019 |
| Queens Criminal Court | 120-55 Queens Boulevard, Kew Gardens, NY 11415 |
| Richmond Criminal Court | 26 Central Ave, Staten Island, NY 10301 |

**You are Charged as Follows:**

**Title of Offense:** Prohibition on sale and possession of electronic cigarettes
**Time 24 Hour** (hh:mm):
**Date of Offense** (mm/dd/yy): 11/16/21
**County**:
**Place of Occurrence**: 461 Dean Street
**Precinct**: 78 Pct
**In Violation of Section**: 10-135   **Subsection**: ☐ VTL ☒ Admin Code ☐ Penal Law ☐ Park Rules ☐ Other

Barcode: 4446260102

**For Additional Information and Questions:**

Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc
OR
Call 646-760-3010

**To avoid a warrant for your arrest, you must show up to court.**
At court, you may plead guilty or not guilty.
Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses.

**Defendant stated in my presence** (in substance):

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

**Complainant's Full Name Printed**: P.O. Stewart
**Rank/Full Signature of Complainant**: P.O. [signature]
**Date Affirmed** (mm/dd/yy): 11/16/21
**Tax Registry #**: 970242
**Agency**: NYPD
**Command Code**: 078

**DEFENDANT'S COPY**

REDACTED

CALCE000186