

<div style="display:flex;justify-content:space-between;">

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Samantha Schonfeld
Phone: 212-356-2183
Fax: 212-356-2019
E-mail: sschonfe@law.nyc.gov

</div>

March 28, 2024

**Via ECF**
Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

   **Re:** **Nunzio Calce et al., v. The City of New York**
      **Civil Action No. 1:21-8208 (ER)**

Dear Judge Ramos:

  This Office represents Defendant, the City of New York, in the above-entitled action and submits this letter-motion pursuant to Rule 1E of Your Honor's Individual Practices in Civil Cases to request a 4-week extension of time for Defendant to file its cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. I reached out to Plaintiffs' counsel to obtain his consent but have not received a response.

  On February 2, 2024, Your Honor entered an Order setting deadlines for the parties' summary judgment motion briefing schedule. See ECF No. 24. It is respectfully requested that the deadlines for the parties' remaining summary judgment briefs each be extended pursuant to the following schedule:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Defendant's opposition and cross motion | March 29, 2024 | April 26, 2024 |
| Plaintiff's opposition and reply | April 26, 2024 | May 24, 2024 |
| Defendant's reply | May 10, 2024 | June 7, 2024 |

Good cause exists for the requested extension because counsel for Defendant was out of the office on a previously scheduled vacation and requires additional time to fully research the facts and legal arguments set forth in Plaintiffs' motion for summary judgment and to draft Defendant's own cross-motion for summary judgment. This is the parties' second request for an extension of the summary judgment motion briefing schedule. No other dates will be affected by this request.

      Thank you for your time and consideration of this request.

                                              Respectfully submitted,

                                              /s/ *Samantha Schonfeld*

cc:      All Counsel of Record (via ECF)