UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

                            Plaintiffs,

-against-

CITY OF NEW YORK, and DERMOT SHEA, in his official capacity as Commissioner of the New York City Police Department,

                            Defendants.
------------------------------------------------------------------------x

**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

21-CV-8208 (ER)

        **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Samantha Schonfeld, dated April, 26, 2024, Declaration of Artur Edward Sadowski, dated April 26, 2024, Defendants' Memorandum of Law in Support of their Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, dated April 26, 2024, Defendants' Response to Plaintiffs' Rule 56.1(a) Statement of Material Facts, and Defendants' Rule 56.1 Statement of Material Facts, the undersigned will cross-move this Court before the Honorable Edgardo Ramos at the United States District Courthouse for the Southern District of New York, 40 Foley Square Courtroom 619, New York, New York, for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure for a judgment dismissing the claims set forth in the Amended Complaint, together with such other and further relief as the Court deems just, fair, and equitable.

        **PLEASE TAKE FURTHER NOTICE**, that in accordance with the Court's March 29, 2024 Order, Plaintiffs' responses to this cross-motion are to be filed on or before May 24, 2024 and Defendants' final reply, if any, must be filed on or before June 7, 2024.

Dated:     New York, New York
             April 26, 2024

                        HON. SYLVIA HINDS-RADIX
                        Corporation Counsel of the
                           City of New York
                        Attorney for Defendants
                        100 Church Street
                        New York, New York 10007
                        (212) 356-2183
                        sschonfe@law.nyc.gov

                        By:    /s/ *Samantha Schonfeld*
                              Samantha Schonfeld
                              Assistant Corporation Counsel

To:    All counsel of Record via ECF