# EXHIBIT A

 

# POLICE STUDENT GUIDE
## Law

- ***Rifle*** - any weapon designed or redesigned and intended to be fired from the shoulder, using a fixed metallic cartridge to fire a single projectile through a rifled bore for each single pull of the trigger.

- ***Semiautomatic*** - any repeating rifle, shotgun or pistol (regardless of barrel or overall length), which utilizes a portion of the energy of a firing cartridge or shell to extract the fired cartridge, case, or spent shell, and chamber the next round and which requires a separate pull of the trigger to fire each cartridge or shell.

- ***Shotgun*** - any weapon designed or redesigned and intended to be fired from the shoulder, using a fixed shotgun shell that fires through a smooth bore a number of ball-shot or a single projectile for each pull of the trigger.

- ***Electronic Dart Gun*** - any device designed primarily as a weapon, the purpose of which is to momentarily stun, knock out, or paralyze a person by passing an electrical shock to such person by means of a dart or projectile.

- ***Electronic Stun Gun*** - any device designed primarily as a weapon, the purpose of which is to stun, cause mental disorientation, render unconscious, or paralyze a person by passing a high voltage electrical shock to such person.

- ***Metal Knuckle Knife*** - a weapon that, when closed, cannot function as a set of metal knuckles, nor as a knife and when open, can function as both.

- ***Pilum Ballistic Knife*** - any knife that has a blade that can be projected from the handle by a button, lever, spring, or other device.

- ***Switchblade Knife*** - any knife which opens automatically by hand pressure that is applied to a button, spring or other device in the knife handle.

- ***Kung Fu Star*** - a disc-like object with sharpened points on the circumference thereof, and is designed for use primarily as a weapon to be thrown.

- ***Cane Sword*** - a cane or swagger stick having concealed within it a blade that may be used as a sword or stiletto.

- ***Chuka Stick*** - any device designed primarily as a weapon, consisting of