# EXHIBIT C

## NY CLS Penal § 265.01

Current through 2024 released Chapters 1-49, 52, 61-117

*New York Consolidated Laws Service > Penal Law (Pts. ONE — FOUR) > Part THREE Specific Offenses (Titles G — P) > Title P Offenses Against Public Safety (Arts. 265 — 275) > Article 265 Firearms and Other Dangerous Weapons (§§ 265.00 — 265.66)*

## § 265.01. Criminal possession of a weapon in the fourth degree.

A person is guilty of criminal possession of a weapon in the fourth degree when:

**(1)** He or she possesses any firearm, electronic dart gun, electronic stun gun, switchblade knife, pilum ballistic knife, metal knuckle knife, cane sword, billy, blackjack, bludgeon, plastic knuckles, metal knuckles, chuka stick, sand bag, sandclub, wrist-brace type slingshot or slungshot, shirken, or "Kung Fu star";

**(2)** He or she possesses any dagger, dangerous knife, dirk, machete, razor, stiletto, imitation pistol, undetectable knife or any other dangerous or deadly instrument or weapon with intent to use the same unlawfully against another; or

**(3)**  ; or

**(4)** He possesses a rifle, shotgun, antique firearm, black powder rifle, black powder shotgun, or any muzzle-loading firearm, and has been convicted of a felony or serious offense; or

**(5)** He possesses any dangerous or deadly weapon and is not a citizen of the United States; or

**(6)** He is a person who has been certified not suitable to possess a rifle or shotgun, as defined in subdivision sixteen of section 265.00, and refuses to yield possession of such rifle or shotgun upon the demand of a police officer. Whenever a person is certified not suitable to possess a rifle or shotgun, a member of the police department to which such certification is made, or of the state police, shall forthwith seize any rifle or shotgun possessed by such person. A rifle or shotgun seized as herein provided shall not be destroyed, but shall be delivered to the headquarters of such police department, or state police, and there retained until the aforesaid certificate has been rescinded by the director or physician in charge, or other disposition of such rifle or shotgun has been ordered or authorized by a court of competent jurisdiction.

**(7)** He knowingly possesses a bullet containing an explosive substance designed to detonate upon impact.

**(8)** Such person possesses any armor piercing ammunition with intent to use the same unlawfully against another.

**(9)** [There are two subs 9] Such person possesses a major component of a firearm, rifle, or shotgun and such person is prohibited from possessing a shotgun or rifle pursuant to:

   **(i)** this article;

   **(ii)** subsection (g) of section 922 of title 18 of the United States Code; or

   **(iii)** a temporary or final extreme risk protection order issued under article sixty-three-A of the civil practice law and rules; or

**(9)** [There are two subs 9] Such person is not licensed as a gunsmith or a dealer in firearms pursuant to section 400.00 of this chapter and, knowing it is a ghost gun, such person possesses a ghost gun, provided that a person shall not be guilty under this subdivision when he or she (a) voluntarily

surrenders such ghost gun to any law enforcement official designated pursuant to subparagraph (f) of paragraph one of subdivision (a) of section 265.20 of this article; or (b) for a period of six months after the effective date of this section possesses a ghost gun prior to serialization and registration of such ghost gun pursuant to section 265.07 of this article.

**(10)** Such person is not licensed as a gunsmith or dealer in firearms pursuant to section 400.00 of this chapter and, knowing it is an unserialized frame or receiver or unfinished frame or receiver, such person possesses an unserialized frame or receiver or unfinished frame or receiver, provided that for a period of six months after the effective date of this subdivision, a person shall not be guilty under this subdivision when such person: (a) voluntarily surrenders such unserialized frame or receiver or unfinished frame or receiver to any law enforcement official designated pursuant to subparagraph (f) of paragraph one of subdivision (a) of section 265.20 of this article; or (b) possesses such unserialized frame or receiver or unfinished frame or receiver prior to serialization of such unserialized frame or receiver or unfinished frame or receiver in accordance with the requirements imposed on licensed importers and licensed manufacturers pursuant to subsection (i) of Section 923 of Title 18 of the United States Code and regulations issued pursuant thereto, except for antique firearms as defined in subdivision fourteen of section 265.00 of this article, as added by chapter nine hundred eighty-six of the laws of nineteen hundred seventy-four, or any firearm, rifle or shotgun manufactured prior to nineteen hundred sixty-eight.

Criminal possession of a weapon in the fourth degree is a class A misdemeanor.

# History

Add, L 1974, ch 1041, § 3, eff Sept 1, 1974, with substance derived from former § 265.05; amd, L 1976, ch 217, § 2; L 1981, ch 807, § 1, eff Sept 1, 1981; L 1982, ch 840, § 1; L 1983, ch 621, § 1; L 1985, ch 61, § 2; L 1986, ch 328, § 3; L 1986, ch 646, § 2, eff Nov 1, 1986; L 1988, ch 220, §§ 1, 2; *L 1990, ch 264, § 2*; *L 1995, ch 219, § 3*, eff Nov 1, 1995; *L 2006, ch 199, § 1*, eff Nov 1, 2006; *L 2008, ch 257, § 4*, eff Nov 1, 2008; *L 2011, ch 357, § 1*, eff Jan 30, 2012; *L 2013, ch 1, § 40*, eff March 16, 2013; *L 2016, ch 269, § 1*, effective August 19, 2016; *L 2019, ch 34, § 1*, effective May 30, 2019; *L 2019, ch 146, § 2*, effective November 1, 2019; *L 2021, ch 519, § 3*, effective April 26, 2022; *L 2021, ch 520, § 4*, effective April 26, 2022; *L 2022, ch 94, § 2*, effective April 26, 2022; *L 2022, ch 149, § 1*, effective April 26, 2022.

Annotations

# Notes

**Editor's Notes**

*Laws 2019, ch 146, § 4*, eff November 4, 2019, provides:

§ 4. This act shall take effect on the first of November next succeeding the date on which it shall have become a law.

*Laws 2021, ch 519, § 1*, eff February 25, 2022, provides:

§ 1. This act shall be known and may be cited as the "Scott J. Beigel unfinished receiver act".

*Laws 2021, ch 519, § 6*, eff February 25, 2022, provides:

§ 6. This act shall take effect on the one hundred eightieth day after it shall have become a law. Effective immediately, the addition, amendment and/or repeal of any rule or regulation necessary for the implementation of