**DAVID JENSEN PLLC**

BEACON ◊ MANHATTAN

33 HENRY STREET
BEACON, NEW YORK 12508

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK 10038

22 May 2024

Hon. Thomas R. Davis
Dutchess County Supreme Court
10 Market Street
Poughkeepsie, New York 12601
*Transmitted by NYSCEF*

Re:   *DePinto v. Beacon Main Real Estate Group*, Index No. 2023-54141
       Adjournment of Motion

Dear Judge Davis:

I represent Plaintiff Vincent DePinto in the above-captioned action. Defendant moved to strike Plaintiff's pleadings (NYSCEF Motion #2), and the motion is returnable on May 30, 2024. I write, with the consent of Defendant's counsel, to request that this date be adjourned by one week, *i.e.* to June 6, 2024.

Thank you for your consideration of this request, and please don't hesitate to contact me with any questions or concerns.

Respectfully submitted,

**DAVID JENSEN PLLC**

David D. Jensen

/Encl.

cc:   Georgia G. Stagias
       *By NYSCEF*

**DAVID JENSEN PLLC**
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

HUDSON VALLEY
+ 1.845.231.0851