# DAVID JENSEN PLLC

BEACON ◊ MANHATTAN

33 HENRY STREET
BEACON, NEW YORK  12508

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK  10038

29 May 2024

Hon. Egardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007
*Transmitted by CMECF*

Re:     *Nunzio Calce, et al. v. City of New York, et al.*
         No. 21-cv-8208 (ER)

Dear Judge Ramos:

I represent Plaintiffs in the above-captioned action, and I write to request that the remaining two dates in the current briefing deadlines be extended by one additional week. Under this proposal, Plaintiffs' opposition and reply brief will be due on June 6, 2024 (from May 31, 2024) and Defendants' reply brief will be due on June 21, 2024 (from June 14, 2024). Defendants assent to this request. We are making the request because undersigned counsel was ill, and it has since taken longer than expected to complete briefing.

We appreciate the Court's consideration of this request. Please do not hesitate to contact either Ms. Schonfeld or myself if you have any questions or concerns.

Respectfully submitted,

David D. Jensen

cc:     Samantha Schonfeld
         New York City Law Department
         *Transmitted by CMECF*

**DAVID JENSEN** PLLC
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

+ 1.212.380.6615 TEL
+ 1.917.591.1318 FAX
david@djensenpllc.com