**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
NUNZIO CALCE, ALLEN CHAN, SHAYA
GREENFIELD, AMANDA KENNEDY, RAYMOND
PEZZOLI, SECOND AMENDMENT FOUNDATION, *and*
FIREARMS POLICY COALITION, INC.,

|  |  |
|---|---|
| Plaintiff, | 21 **CIVIL** 8208 (ER) |
| -against- | **JUDGMENT** |

THE CITY OF NEW YORK and JESSICA TISCH, *in her
official capacity as the Commissioner of the New York City
Police Department.*

Defendants.
--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 24, 2025, Plaintiffs' motion for summary

judgment is DENIED, and Defendants' cross-motion for summary judgment is GRANTED.

Accordingly, the case is closed.

**Dated:** New York, New York

    March 24, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                          **BY:**
                                    _____
                                          **Deputy Clerk**