UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>                                   Plaintiffs,<br><br>          -against-<br><br>CITY OF NEW YORK; and EDWARD A. CABAN, in his official capacity as Commissioner of the New York City Police Department,<br><br>                                   Defendants. | No. 21-cv-8208 (ER)<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs NUNZIO CALCE; ALLEN CHAN; SHAYA GREENFIELD; AMANDA KENNEDY; RAYMOND PEZZOLI; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC. hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Doc. No. 57) and Judgment (Doc. No. 58) denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment, entered in this action on the 24th day of March, 2025. The appeal is from each and every aspect of that order and judgment.

Dated: New York, New York
          April 8, 2025

                         DAVID JENSEN PLLC

                         By: _____
                             David D. Jensen, Esq.
                             33 Henry Street
                             Beacon, New York 12508
                             david@djensenpllc.com